Case 1:16-cr-00485-JKB   Document 1848-1   Filed 03/14/22   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  16-cr-0485-9-JKB** |
| | : | |
| **ROBERT WATERS,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Terminate Supervised Release, it is this 22 day of March, 2022,

**ORDERED**, that Defendant's Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the Defendant's Supervised Release is terminated.

_____
James K. Bredar
Chief Judge